## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LARRY DEAN HORTON,<br><br>              Plaintiff,<br>       v.<br><br>CLEAR PATH LENDING, INC.,<br><br>              Defendant. | Case No. 18-cv-1146-PJS-KMM<br><br>**ORDER OF DISMISSAL** |

Elizabeth C. Goodell and Brittany McCormick, MID-MINNESOTA LEGAL SERVICES, 430 First Avenue North, Minneapolis, MN 55401; Vildan Teske and Marisa Katz, TESKE, KATZ, KITZER & ROCHEL, PLLP, 222 South Ninth Street, Suite 4050, Minneapolis, MN 55402 for Plaintiff.

Allyson B. Baker (*pro hac vice*), Daniel S. Blynn (*pro hac vice*), Meredith L. Boylan (*pro hac vice*), VENABLE LLP, 600 Massachusetts Ave., NW Washington, DC 20001; Barbara Podlucky Berens, Erin K. F. Lisle, VENABLE LLP, 80 S. 8TH Street, Suite 3720, Minneapolis, MN 55402 for Defendant.

This matter is before the Court upon the parties' stipulation of dismissal filed on August 1, 2018.

Based on the foregoing stipulation, together with all the files, records and proceedings herein,

**IT IS ORDERED** that the individual claims in this action of plaintiff Larry Dean Horton are dismissed.

**IT IS FURTHER ORDERED** that the claims in this action of any putative class members are dismissed without prejudice.

**IT IS FINALLY ORDERED** that the Clerk of Court is directed to enter judgment as follows:

IT IS ORDERED, AJUDGED, AND DECREED that the claims of Plaintiff Larry Dean Horton against Defendant be dismissed, and that the claims of putative class members against Defendant be dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  8/2/18
at Minneapolis, Minnesota

s/Patrick J. Schiltz
United States District Judge