## UNITED STATES DISTRICT COURT
### District of Minnesota

Larry Dean Horton

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.  Case Number: 18-1146 PJS/KMM

Clear Path Lending, Inc.

Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the claims of Plaintiff Larry Dean Horton against Defendant be dismissed, and that the claims of putative class members against Defendant be dismissed without prejudice.

Date: 8/3/2018

KATE M. FOGARTY, CLERK

s/A. Linner
(By) A. Linner, Deputy Clerk